IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY K. HARRIS,

        Plaintiff,                    No. CIV 2:10cv0483-JAM-JFM (PS)

    vs.

HOMEQ SERVICING,

        Defendant.      <u>ORDER</u>

_____/

        On March 16, 2010, defendant filed a motion to dismiss, which was scheduled to be heard on April 29, 2010. On April 27, 2010, the hearing was continued to June 3, 2010 because of plaintiff's failure to file an opposition. On May 25, 2010, this court issued findings and recommendations recommending that this action be dismissed because plaintiff again failed to file an opposition.

        On May 26, 2010, plaintiff filed a motion for a thirty-day extension of time to file an opposition to defendant's motion to dismiss. Plaintiff represents that he is in the process of obtaining counsel. Good cause appearing, IT IS HEREBY ORDERED that:

        1. The May 25, 2010 findings and recommendations are vacated;

        2. Plaintiff's May 26, 2010 motion is granted;

/////

1

3. Plaintiff shall file an opposition on or before June 24, 2010. Defendant's reply, if any, shall be filed seven days thereafter; and

4. Defendant's motion to dismiss shall be heard on July 8, 2010 in courtroom 26 at 11:00 a.m. before the undersigned.

DATED: June 3, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014.harr0483.36